# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** CostCommand, LLC

v.    **Case No:** 15-7030
PRS Software Solutions, Inc., et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ( • ) Appellant(s)/Petitioner(s)
- ( ) Appellee(s)/Respondent(s)
- ( ) Intervenor(s)
- ( ) Amicus Curiae

CostCommand, LLC

**Names of Parties**            **Names of Parties**

### Counsel Information

Lead Counsel: Patrick A. Klingman

Direct Phone: (860) 256-6120   Fax: ( ) -   Email: pak@klingmanlaw.com

2nd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

3rd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

Firm Name: Klingman Law, LLC

Firm Address: 196 Trumbull Street, Suite 510  Hartford, CT  06103-2207

Firm Phone: (860) 256-6120  Fax: ( ) -   Email: pak@klingmanlaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2015, I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the Court's ECM/ECF System and served via first-class mail on the following:

      Thomas A. Duckenfield, III, Esq.
      Wong Fleming, P.C.
      613 2nd Street, N.E.
      Washington, DC  20002

      John D. Taliaferro
      Kaye Scholer LLP
      901 15th Street, N.W.
      Washington, DC  20005

      Moxila A. Upadhyaya
      Venable LLP
      575 7th Street, NW
      Washington, DC  20004

                                          /s/ Patrick A. Klingman